# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Manuel Santiago, on behalf of himself and others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>MJB Ale House, Inc. d/b/a Bourbon Street, Mark Boccia, John Ryan, and Barry Greenfield<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 19-CV-3095<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MJB Ale House, Inc. d/b/a Bourbon Street, 40-12 Bell Boulevard, Bayside, NY 11361;

Mark Boccia, 40-12 Bell Boulevard, Bayside, NY 11361;

John Ryan, 40-12 Bell Boulevard, Bayside, NY 11361;

Barry Greenfield, 40-12 Bell Boulevard, Bayside, NY 11361.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Cilenti & Cooper, PLLC
10 Grand Central
155 East 44th Street - 6th Floor
New York, New York 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  5/23/2019                                                                            /s/Priscilla Bowens
                                                                                            *Signature of Clerk or Deputy Clerk*